3-25-15
Grant
BR

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

March 24, 2015

ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| JOEY FAUST, Appellant | § | |
| | § | |
| v. | § | NO. PD-0893-14 |
| | § | |
| THE STATE OF TEXAS, Appellee | § | |
| | | |
| RAMON MARROQUIN, Appellant | § | |
| | § | |
| v. | § | NO. PD-0894-14 |
| | § | |
| THE STATE OF TEXAS, Appellee | § | |

## ON DISCRETIONARY REVIEW OF CAUSE NUMBERS 02-13-00222-CR and 02-13-00223-CR IN THE COURT OF APPEALS FOR THE SECOND DISTRICT OF TEXAS

## APPELLANTS' MOTION FOR LEAVE TO FILE APPELLANTS' POST-SUBMISSION BRIEF

**J. SHELBY SHARPE**
State Bar No. 18123000
utlawman@aol.com
6100 Western Place, Suite 1000
Fort Worth, Texas 76107
(817) 338-4900/Fax (817)332-6818

**ATTORNEY FOR APPELLANTS**

1

## STATEMENT OF HELPFULNESS
## OF POST-SUBMISSION BRIEF

During oral argument several questions were asked about other court opinions related to certain issues before the Court in this appeal. A post-submission brief provides the Court with answers to those questions citing pertinent language from the opinions the Court inquired about. Furthermore, the sincere questions of the Court indicate a desire to fully understand the relationship of *First Amendment* speech protection as it applies to proper law enforcement to protect public tranquility and safety.

**WHEREFORE, PREMISES CONSIDERED**, Appellants Joey Faust and Ramon Marroquin respectfully pray that the Court grant leave to file Appellant's Post-Submission Brief.

Respectfully submitted,

/s/ J. Shelby Sharpe
J. SHELBY SHARPE
State Bar No. 18123000
utlawman@aol.com
6100 Western Place, Suite 1000
Fort Worth, Texas 76107
Telephone: (817) 338-4900
Facsimile: (817) 332-6818

ATTORNEY FOR APPELLANTS
JOEY DARRELL FAUST AND
RAMON MARROQUIN

2

## CERTIFICATE OF SERVICE

A true and correct copy of Appellant's Motion for Leave to File Post-Submission Brief has been served on Charles M. Mallin, Assistant Tarrant County District Attorney, 401 W. Belknap St., Fort Worth, Texas 76196-0201, on this 23rd day of March, 2015, via electronic mail.

/s/ J. Shelby Sharpe
J. Shelby Sharpe